March 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

WESLEY ROSS COLLIER, Appellant

NO. 14-13-00096-CR                            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to dismiss the appeal because his motion for new trial was granted. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.